IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WINSTON QUILALANG,<br><br>        Plaintiff,<br><br>    vs.<br><br>JAMES HARTLEY, Warden,<br><br>        Defendants.<br>_____/ | 1:08-cv-00344 LJO DLB (PC)<br><br>ORDER GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #8)<br><br>THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 12, 2009, plaintiff filed a motion to extend time to file objections to the magistrate's findings and recommendations issued on December 24, 2008. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file his objections to the findings and recommendations issued on December 24, 2008.

IT IS SO ORDERED.

Dated:   **January 21, 2009**          /s/ **Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE